No. 02–6527. WHITE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 02–6528. WASHINGTON v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6531. CARROLL v. GOAD ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6542. SMITH ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6543. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–6544. SALGADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6546. BROOKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–6555. MILTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6558. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6559. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6563. FAJARDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6566. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6569. OLVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6571. FASSLER v. PENDLETON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6579. WALLACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6581. ALLEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.